THE C. H. VENNER COMPANY, Appellant, *v.* SOUTHERN
　　　RAILWAY COMPANY, Respondent.

*Venner Co.* v. *Southern Ry. Co.*, 175 App. Div. 974, affirmed.
(Argued June 5, 1917; decided July 11, 1917.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered December 5, 1916, affirming a judgment in favor
of defendant entered upon an order of Special Term
granting a motion by defendant for judgment on the
pleadings and directing a dismissal of the complaint in
an action for money had and received. The answer set
up as a defense that the plaintiff is a corporation of the
state of New Jersey and a non-resident of New York, and
the defendant a corporation of the state of Virginia and
a non-resident of New York; that the cause of action
does not involve the title to or possession of real property
within the state of New York, and accrued in favor of
the plaintiff not later than June 27, 1907; that prior to
and at the time of the commencement of the action there
were in force certain statutes of the state of Virginia
which provided that certain actions therein specified
should be brought within five years, and certain other
actions therein specified within three years, after the
right to bring the same should have first accrued; that
the cause of action alleged in the complaint did not
accrue within three years, nor within five years, prior to
the commencement of this action, and that at the time
of the commencement of this action the alleged cause of
action was barred of enforcement by the statutes of
Virginia, the state of residence of the defendant.

*Elijah N. Zoline* and *William A. Ulman* for appellant.

*Francis Lynde Stetson* and *George H. Gardiner* for
respondent.

Judgment affirmed, with costs; no opinion.
Concur: CHASE, COLLIN, CUDDEBACK, HOGAN, CAR-
DOZO, POUND and McLAUGHLIN, JJ.